CITY OF LITTLE FALLS, Respondent, v. JOHN C. REARDON et al., Defendants, and LITTLE FALLS NATIONAL BANK, Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.